**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

**BOBBY EDWARDS, JR.**                                                  **PLAINTIFF**

**V.**                                                  **NO. 4:26-CV-91-DMB-JMV**

**CITY OF WINONA, MISSISSIPPI**                                                  **DEFENDANT**

## RECUSAL ORDER

The undersigned district judge recuses from this case.  The Clerk of the Court is directed to

reassign this case to another district court judge.

**SO ORDERED**, this 3rd day of August, 2026.

/s/Debra M. Brown
**UNITED STATES DISTRICT JUDGE**